STATE OF MAINE                                       SUPERIOR COURT
CUMBERLAND, ss                                       CIVIL ACTION
                                                     DOCKET NO. RE-16-303

U.S. NATIONAL BANK
ASSOCIATION, NOT IN ITS
INDIVIDUAL CAPACITY BUT
SOLELY AS TRUSTEE FOR NRZ
PASS-THROUGH TRUST VIII,                             REC'D CUMB CLERKS OF(
                                                     APR 27 '18 AM8:27

        Plaintiff

v.                                                   ORDER

HEATHER R. HIDER and
BENJAMIN K. HIDER,

        Defendants

        Before the court are three motions: (1) plaintiff's motion for judgment on the pleadings on

defendants' counterclaim; (2) defendant's third motion to dismiss the complaint; and plaintiff's

motion to strike one witness from defendant's witness list.

Plaintiff's Motion for Judgment on the Pleadings on Defendants' Counterclaims

        In seven of their twelve claims, defendants allege conduct on the part of "plaintiff and/or

its predecessors in interest." (Counterclaim, Counts I-V, VII, IX.)  In one count, defendants allege

conduct on the part of the "originator of the loan and its co-conspirators." (Counterclaim, Count

IV.)  Defendants do not allege that plaintiff expressly assumed liability for the conduct of others,

who are unnamed in the counterclaim.  See Deutsche Bank v. Gregory-Boutot, No.

CV085003138S, 2009 Conn. Super. LEXIS 2140 *20 (July 15, 2009). Three of defendants' claims

do not constitute causes of action. (Counterclaim, Counts VI, VII, XI.)  As discussed below, other

claims are barred by the statute of limitations. In all claims, defendants have failed to state a cause

of action.

1

Judgment is entered in favor of Plaintiff Nationstar Mortgage LLC and against Defendants Heather R. Hider and Benjamin K. Hider on Defendants' Counterclaim as follows:

1. on Count I based on the statute of limitations and failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

2. on Count II based on the statute of limitations and failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

3. on Count III based on failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

4. on Count IV based on the statute of limitations and failure to state a claim upon which relief can be granted. M.R. Civ. P. 9(b); 12(b)(6).

5. on Count V based on failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

6. on Count VI based on failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

7. on Count VII based on failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

8. on Count VIII based on the statute of limitations and failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

9. on Count IX based on the statute of limitations and failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

10. on Count X based on failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

11. on Count XI based on failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

12. on Count XII based on failure to state a claim upon which relief can be granted. M.R. Civ. P. 12(b)(6).

Defendant's Motion to Dismiss

The motion is denied.

<u>Plaintiff's Motion to Strike Witness from Defendant's Witness List</u>

The motion is granted.  M.R. Evid. 408.

The clerk is directed to incorporate this order into the docket by reference.  M.R. Civ. P. 79(a).

Date:  April 26, 2018

Nancy Mills
Justice, Superior Court

**STATE OF MAINE**
**CUMBERLAND, SS:**

**SUPERIOR COURT**
**CIVIL ACTION**
**DOCKET NO. RE-16-303**

U.S. BANK NATIONAL ASSOCIATION, NOT
IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS TRUSTEE FOR NRZ PASS-
THROUGH TRUST VIII

      Plaintiff,

v.

HEATHER R. HIDER and BENJAMIN K.
HIDER,

      Defendants.

TITLE TO REAL ESTATE INVOLVED

REC'D CUMB CLERKS OF
APR 27 '18 AM8:27

## ORDER ON MOTION FOR PROTECTION

Upon consideration of the Attorney Paula-Lee Chambers' Motion for Protection

("Motion"), dated April 18, 2018, the Motion is ~~hereby~~: *unnecessary.*

*Trial will be scheduled for July-August 2018.*

~~APPROVED~~ _____

~~DENIED~~ _____

*The clerk is directed to incorporate this order into the docket by reference.*

Dated: 4·26·18 _____

_____
Cumberland Superior Court Justice

301711659v1 0993792

STATE OF MAINE                                      SUPERIOR COURT
CUMBERLAND, ss                                      CIVIL ACTION
                                                    Docket No. RE-16-303


NATIONSTAR MORTGAGE LLC,

        Plaintiff

                                                    ORDER ON DEFENDANTS'
        v.                                          MOTION TO DISMISS

HEATHER R. HIDER and
BENJAMIN K. HIDER,

        Defendants

        Before the court is defendants' motion to dismiss plaintiff's complaint. Defendants argue: "1. The Plaintiffs do not have standing in this matter. 2. The court has no jurisdiction in this case as a matter of law and therefore the case must be dismissed." (Defs.' Mot. Dism.)

        The court has reviewed the filings and concludes that plaintiff has pleaded facts sufficient to demonstrate statutory standing and this court's jurisdiction. See 14 M.R.S. § 6321; Bank of Am., N.A. v. Greenleaf, 2014 ME 89, ¶ 9, 96 A.3d 700.

        The entry is

        Defendants' Motion to Dismiss is DENIED.

Date: May 4, 2017

                                                    Nancy Mills
                                                    Justice, Superior Court

--------------------------------------------------------------------------

SEL VD                                    REPRESENTATION TYPE        DATE

01 0000003856 ATTORNEY:MORLEY, LEONARD F JR
ADDR:707 SABLE OAKS DRIVE STE 250 SOUTH PORTLAND ME 04106
   F FOR:NATIONSTAR MORTGAGE LLC                    PL        RTND   09/08/2016


02 0000004724 ATTORNEY:CHAMBERS, PAULA LEE
ADDR:28 STATE ST 24TH FLOOR BOSTON MA 02109
   F FOR:NATIONSTAR MORTGAGE LLC                    PL        RTND   12/23/2016




        Enter Option: A=Add, B+Sel=Browse, M=More, R+Sel=RltnEdit:___

Select the EXIT KEY for page selectio